UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------
In re

GUY SCOTT CREGAR                          Chapter 13 Case
                                          No. 115-44680-608

            Debtor.
------------------------------------------------------------

## FIRST AMENDED CHAPTER 13 PLAN

1.      This plan amends and replaces the debtor's initial plan dated October 22, 2015.

2.      The future earnings of the debtor are submitted to the supervision and control of the trustee, and the debtor shall pay to the trustee for a total of of 60 months the sum of:

$250.00 commencing November 1, 2015 through March 31, 2016;

$2,150.00 commencing April 1, 2016 through and including October 1, 2020.

3.      From the payments so received, the trustee shall make disbursements as follows:

a.   Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507;

b.   Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

     i.   Seterus, Inc., the debtor's mortgage holder, shall be paid prepetition arrears in the sum of $111,134.84 plus 0% interest over the life of the plan; and

     ii.  New York City Water Board shall be paid its prepetition secured claim in the sum of $2,584.35 plus 0% interest over the life of the plan

c.   subsequent and/or concurrently with distribution to secured, priority, and administrative creditors, dividends to unsecured creditors whose claims are duly allowed as follows: 0%.

4.      The debtor shall make all postpetition payments, including but not limited to mortgage payments, vehicle payments, real estate taxes, and income taxes, outside the plan.

5.      All lease agreements are hereby assumed, unless specifically rejected as follows: None.

6.      During the pendency of this case, if unsecured creditors are paid pursuant to paragraph 3(c)less than one hundred percent (100%) of their claims, the debtor shall provide the trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are t be paid to the Trustee upon receipt; however, no later than June 15tth of the year in which the tax returns are filed.

7.      Title to the debtor's property shall revest to the debtor upon completion of the plan or dismissal of the case, unless otherwise provided in the order confirming the plan.

8.      Throughout the term of this plan, the debtor will not incur postpetition debt over $2,000 without written consent of the trustee or the court.

Dated: Brooklyn, New York
        March 7, 2016

/s/Guy Scott Cregar_____
Chapter 13 Debtor


VOLKS ANWALT OF NEW YORK, LLC
*Counsel to the Debtor*
*By:* /s/ Anthony M. Vassallo
100 Park Avenue
16th Floor
New York, NY 10017
(347) 464-8277 Direct
(866) 334-9752 Facsimile