UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:

    Guy Scott Cregar

                        Debtor.

------------------------------------------------------X

**Chapter 13**
**Case No. 1-15-44680-cec**

STATE OF NEW YORK    )
                           (ss:
COUNTY OF RICHMOND  )

## AFFIDAVIT OF COMPLIANCE

    Now comes Guy Scott Cregar, (hereinafter "Debtor") being first duly sworn and under penalty of perjury, deposes and states in support of confirmation of the above captioned bankruptcy case that:

    1. _____ (A) The undersigned Debtor has domestic support obligations pursuant to 11 U.S.C. §101(14A) and has paid all domestic support obligations required to be paid pursuant to 11 U.S.C. §1325(a)(8).

    __X__ (B) The undersigned does NOT have domestic support obligations pursuant to 11 U.S.C. §101(14A).

    2. _____ (A) The undersigned Debtor is required to file tax returns and has filed all applicable and required Federal, State and local tax returns pursuant to 11 U.S.C. §1308.

    __X__ (B) The undersigned Debtor was NOT required to file tax returns for the years 2011 through 2013, he was not employed during that time period. 2014 tax returns will be provided.

**By signing this declaration, I acknowledge that all the statements contained herein are true and accurate and that the Trustee may rely on the truth of each of these statements in making its recommendation to confirm the Chapter 13 plan The Trustee may seek revocation of the Chapter 13 plan if the statements relied upon are not accurate.**

                                                _____
                                              Guy Scott Cregar, Debtor

Sworn to before me this
30th day of March, 2016

_____
    Notary Public

                                ROBERTA BALBER
                           Commissioner of Deeds
                           City of N.Y. No. 5-1148
                      Cert. Filed in Richmond County
                       Comm. Expires Feb. 1, 2017