UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:

    Guy Scott Cregar

        Debtor
-----------------------------------------------------X

CHAPTER 13

Case No.: 1-15-44680-cec

STATE OF NEW YORK  )
                         (ss.:
COUNTY OF RICHMOND  )

### AFFIDAVIT OF CONTRIBUTION

Randi Cregar, being duly sworn, deposes and says as follows:

1. I am the sister of Guy Scott Cregar, the debtor in this Chapter 13 case.

2. I currently reside in one apartment in my brother's two family house located at 137 Lucille Avenue, Staten Island, New York 10309.

3. I am currently paying Guy Scott Cregar $1,200.00 per month rent.

_____
Randi Cregar

Sworn to before me this
30th day of March, 2016

_____
Notary Public

ROBERTA BALBER
Commissioner of Deeds
City of N.Y. No. 5-1148
Cert. Filed in Richmond County
Comm. Expires Feb. 1, 20__