UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x

In re:

    Guy Scott Cregar

          Debtor.

Chapter 13

Case No. 1-15-44680-cec

---------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

Guy Scott Cregar, undersigned debtor herein, swear as follows:

1) Debtor filed a petition under Chapter 7 of the Bankruptcy Code on October 14, 2015.

2) Filed herewith is an amendment to Schedules I and J to correctly state the debtor's current income and expenses *[indicate list(s), schedule(s) or statement(s) being amended]* previously filed herein.

3) Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4) [*If creditor records have been added or deleted, or mailing addresses corrected.*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

                                                          _____
                                                          Guy Scott Cregar, Debtor

Sworn to before me this 30th
day of MARCH, 2016

_____
Notary Public

ROBERTA BALBER
Commissioner of Deeds
City of N.Y. No. 5-1148
Cert. Filed in Richmond County
Comm. Expires Feb. 1, 2017

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.***

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.