Law Offices of
# Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

April 8, 2016

Honorable Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

RE: Guy Scott Cregar
Chapter 13
Case Number: 15-44680
SD&B File Number: 11-014971

Dear Judge Craig:

Please allow this letter to confirm that the Objection to Confirmation filed in the above bankruptcy case by Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("FNMA"), creditor c/o Seterus, Inc. ("Seterus") [*ECF Doc. No. 21*] has been withdrawn. The debtor filed an Amended Chapter 13 Plan [*ECF Doc. No. 35*] that accounts for the pre-petition arrears owed to Seterus.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

Shari S. Barak
Member/Managing Attorney

cc: Debtor
Guy Scott Cregar
137 Lucille Avenue
Staten Island, NY 10309

Attorney for Debtor

Paul Hollender
Corash & Hollender, P.C.
1200 South Avenue, Suite 201
The Corporate Park of Staten Island
Staten Island, NY 10314

Trustee
Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749

U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014