

| | **CORASH & HOLLENDER, P.C.** | |
|---|---|---|
| RICHARD CORASH * | **ATTORNEYS AND COUNSELLORS AT LAW** | OF COUNSEL: |
| PAUL HOLLENDER † | 1200 SOUTH AVENUE, SUITE 201 | |
| _____ | THE CORPORATE PARK OF STATEN ISLAND | KURT T. RICHARDS ‡ |
| MARIAM ZAKHARY | STATEN ISLAND, NEW YORK 10314 | MICHAEL L. DETZKY ‡ |
| BEATA GADEK | | |
| * NY AND DC | TELEPHONE: (718)-442-4424 | |
| † BOARD CERTIF. BANKR | TELECOPIER: (718)-273-4847 | |
| AM. BD. OF CERTIF. | E-MAIL: info@silawfirm.com | |
| ‡ NY AND NJ | | |
| ± NJ | | |

May 5, 2016

TO ALL SCHEDULED CREDITORS

      Re: Guy Scott Cregar
          Chapter 13 Case No. 1-15-44680-cec
          Hearing on Confirmation May 10, 2016 @ 10:00 a.m.

To Whom it May Concern:

    This is to inform you that the Hearing on Confirmation for the above-referenced case scheduled for May 10, 2016, @ 10:00 a.m. has been adjourned to June 28, 2016, @ 10:00 a.m. with the Trustee, Michael J. Macco's consent.

                                                    Yours very truly,

                                                    /s/

PH:rb                                                  Paul Hollender
cc: Office of the US Trustee
    Michael J. Macco, Trustee