UNITED STATES BANKRUPTCY COURT
_EASTERN_ DISTRICT OF _N Y_

In re _Guy Scott Cregar_
    Debtor

Case No. _1-15-44680_
Reporting Period: _5/1/2016 - 5/31/2016_

Social Security # _3634_
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury *(*28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _____     Date _6/17/16_

Signature of Joint Debtor _____     Date _____

FORM MOR (INDV)
2/2008
PAGE 1 OF 1

In re _____     Case No. _____

     Debtor                                Reporting Period: _____

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must
be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Wages (Net) | 4,533.06 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | 1,200.00 | |
| **Total Receipts** | 5,733.06 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1,298.30 | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | 60.00 | |
| Auto Expense | 180.00 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 60.00 | |
| Food, Clothing, Hygiene | 320.00 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | 11.00 | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | 75.00 | |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | 2,004.00 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | 3,729.06 | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | | |

In re _____    Case No. _____

    Debtor    Reporting Period: _____

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
|   LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
|   PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re _____

      **Debtor**

Case No. _____

Reporting Period: _____

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | 2,873.85 | | | |
| | | | | |
| **BANK BALANCE** | 1,353.85 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | 1,520 | | | |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | 2,873.85 | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

In re _____          Case No. _____
    **Debtor**                                    **Reporting Period:** _____

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      | N/A   |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      | Total Cash Disbursements | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      | N/A   |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      | Total Bank Account Disbursements | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|

In re _____       Case No. _____
        **Debtor**                            **Reporting Period:** _____

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | 451,799.00 | |
| 137 Lucille Ave | | |
| SI NY 10309 | | |
| | | |
| Other Property *(attach schedule)* | | |
| TOTAL REAL PROPERTY ASSETS | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | |
| Bank Accounts | 1,353.85 | |
| Security Deposits | | |
| Household Goods & Furnishings | 3,000.00 | |
| Books, Pictures, Art | 1,000.00 | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | 1,227.00 | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | 500.00 | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | 2,062.00 | |
| TOTAL PERSONAL PROPERTY | | |
| TOTAL ASSETS | | |

In re _____     Case No. _____
        Debtor                                Reporting Period: _____

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |

| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
|---|---|---|
| Secured Debt | 155,750.08 | 155,750.08 |
| Priority Debt | | |
| Unsecured Debt | 18,411.00 | 18,411.00 |
| TOTAL PRE-PETITION LIABILITIES | 174,161.08 | 174,161.08 |
| TOTAL LIABILITIES | 174,161.08 | 174,161.08 |

In re _____
Debtor

Case No. _____
Reporting Period: _____

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Number of Days Past Due

Explain how and when the Debtor intends to pay any past due post-petition debts.

In re _____          Case No. _____
    **Debtor**                           Reporting Period: _____

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| N/A | | | |
| | | | |
| | | | |
| | | | |

In re _____          Case No. _____
          **Debtor**                          **Reporting Period:** _____

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
|  |  | ✓ |
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? |  | ✓ |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? |  | ✓ |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? |  | ✓ |
| 4 Is the Debtor delinquent in paying any insurance premium payment? |  | ✓ |
| 5 Have any payments been made on pre-petition liabilities this reporting period? |  | ✓ |
| 6 Are any post petition State or Federal income taxes past due? |  | ✓ |
| 7 Are any post petition real estate taxes past due? |  | ✓ |
| 8 Are any other post petition taxes past due? |  | ✓ |
| 9 Have any pre-petition taxes been paid during this reporting period? |  | ✓ |
| 10 Are any amounts owed to post petition creditors delinquent? |  | ✓ |
| 11 Have any post petition loans been been received by the Debtor from any party? |  | ✓ |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? |  | ✓ |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? |  | ✓ |

5:37 PM

06/17/16

Accrual Basis

# G & C Landscaping
## Profit & Loss
### May 2016

|  | May 16 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Services Income | 4,625.00 |
| **Total Income** | 4,625.00 |
| **Gross Profit** | 4,625.00 |
| **Expense** |  |
| Bank Service Charges | 20.00 |
| Insurance Expense | 71.94 |
| **Total Expense** | 91.94 |
| **Net Ordinary Income** | 4,533.06 |
| **Net Income** | 4,533.06 |



**Statement Period 05/01/16 TO 05/31/16**
**SIMPLY RIGHT CHECKING**

For your convenience our Customer Contact Center
is available from 7 am - 8 pm EST, 7 days a week.
Call us at 1-877-768-2265.
Hearing impaired may call 1-800-428-9121 (TTY/TDD).
www.santanderbank.com

**GUY CREGAR**
**137 LUCILLE AVE**
**STATEN ISLAND NY 10309-1669**

0000
7 7 31



**Did you know?**

Selecting to go paperless makes it easier on the environment
and easier on you.

Follow these 4 easy steps:
1. Sign in to Santander® Online Banking.
2. Select Customer Service on the top menu bar.
3. Click on "Turn off Paper Statements."
4. Select the accounts you want to switch to Paperless.

Going paperless keeps you organized, and your statements
are accessible and secure.

1605PADK   C0181   05/01/2016

---

# Put your home's equity to work for you.

A Santander® Home Equity Line of Credit can
help make your plans reality and help you deal
with the unexpected.

There's so much you can do:
- **Home Renovations**
- **Debt Consolidation**
- **Educational Expenses**
- **Major Purchases**
- **Unexpected Expenses**

Whatever your borrowing needs, Santander can help.

**Let's start planning together today.**

☐ Santanderbank.com/lines
☐ Call 1.877.476.8562
♀ Visit your local branch






Home          Expenses   Education   Debt
Renovations                          Consolidation

⌂ Equal Housing Lender. All credit products are subject to approval.

1603 HELO C0083 3/16

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2016 Santander
Bank, N.A. All rights reserved. Santander, Santander Bank, the Flame Logo, and Extra 20 (for checking account
services) are registered trademarks, and Extra 20 (for savings account services) is a service mark of Banco Santander.

3681148635



| SIMPLY RIGHT CHECKING | Statement Period 05/01/16 - 05/31/16 |
|---|---|

**GUY CREGAR**

Account # 3681148635

## Balances

| Beginning Balance | $12,000.59 | Current Balance | $1,353.85 |
|---|---|---|---|
| Deposits/Credits | +$3,105.00 | Average Daily Balance | $7,785.09 |
| Withdrawals/Debits | -$13,751.74 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference |
|---|---|---|---|
| 114 | 05/06 | $1,300.00 | 0971618225 |

**1 Check(s) Posted = $1,300.00**

## Account Activity

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-01 | **Beginning Balance** | | | $12,000.59 |
| 05-06 | CHECK 000000000114 | | $1,300.00 | $10,700.59 |
| 05-11 | BRANCH TRANSACTION AT HUGUENOT - CASH DEPOSIT. | $1,000.00 | | $11,700.59 |
| 05-12 | BRANCH TRANSACTION AT HUGUENOT - CASH DEPOSIT. | $700.00 | | $12,400.59 |
| 05-13 | BRANCH TRANSACTION AT HUGUENOT - CHECK PURCHASE. | | $2,400.00 | $10,000.59 |
| 05-13 | FEES PAYMENT. | | $10.00 | $9,990.59 |
| | BANK CHECK FEE$ 10.00 | | | |
| 05-18 | STATE FARM RO 08 CPC-CLIENT | | $71.94 | $9,918.65 |
| 05-23 | BRANCH MIXED DEPOSIT AT HUGUENOT | $405.00 | | $10,323.65 |
| | CASH DEPOSIT $ 340.00 | | | |
| | CHECK DEPOSIT $ 65.00 | | | |
| 05-23 | BRANCH TRANSACTION AT HUGUENOT - CHECK PURCHASE. | | $9,959.80 | $363.85 |
| 05-23 | FEES PAYMENT. | | $10.00 | $353.85 |
| | BANK CHECK FEE$ 10.00 | | | |
| 05-31 | BRANCH TRANSACTION AT HUGUENOT - CASH DEPOSIT. | $1,000.00 | | $1,353.85 |
| 05-31 | **Ending Balance** | | | $1,353.85 |



## What You Need to Know about Overdrafts and Overdraft Fees

| Overview |
| --- |
| An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways: <br> 1.  We have **standard overdraft practices** that come with your account. <br> 2.  We also offer an **overdraft protection plan** which allows you to link other accounts, such as a savings account or an Overdraft Line of Credit, to cover overdrafts in your checking account. This plan may be less expensive than our standard overdraft practices. To learn more, ask us about this plan. <br> This notice explains our **standard overdraft practices**. |

**What are the standard overdraft practices that come with my account?**

We **do** authorize and pay overdrafts for the following types of transactions:

- Ð Checks and other transactions made using your checking account number
- Ð Automatic bill payments

- Ð Recurring debit card transactions .
- Ð Online Banking payments and transfers

We **do not** authorize and pay overdrafts for the following types of transactions unless you ask us to (see below):

- Ð ATM transactions
- Ð One-time Debit Card purchases

We pay overdrafts at our discretion, which means we do <u>not guarantee</u> that we will always authorize and pay any type of transaction. If we do <u>not</u> authorize and pay an overdraft, your transaction will be declined.

**What fees will I be charged if Santander pays an overdraft?**

Under our standard overdraft practices:

- Ð We will charge you a fee of up to **$35** each time we pay an overdraft. There is a limit of 6 fees per day we can charge you for overdrawing your account.
- Ð An additional one-time fee of **$35** will be charged on the 6th business day after your account has been overdrawn for 5 consecutive business days. This charge applies to checking, savings and money market savings accounts. See your Personal Deposit Account Fee Schedule for details.

**What if I want Santander to authorize and pay overdrafts on my ATM and one-time debit card transactions?**

If you want us to authorize and pay overdrafts on ATM and one-time debit card transactions, **you can call us at 877-768-2265 or visit your nearest branch**.

**Can I change my mind later?**

If you tell us that we are permitted to pay any overdrafts caused by ATM or one-time debit transactions, you can always change your mind and tell us you no longer want us to do this. **You can visit any branch or call us at 877-768-2265 to tell us you no longer want us to pay these types of overdrafts**.

3681148635



---

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL YOUR CUSTOMER SERVICE CENTER AT THE NUMBER SHOWN ON THE TOP OF YOUR STATEMENT OR WRITE TO THE BANK

FOR DEBIT CARD ISSUES:
Santander Bank
Attn: Card Disputes Team
MAI MB3 02 05
P.O. Box 831002
Boston, MA 02283-1002

FOR ALL OTHER ELECTRONIC TRANSFER ISSUES:
Santander Bank
Attn: Client Relations
10-421-CR1
P.O. Box 12646
Reading, PA 19612-2646

Please contact us if you think information about an electronic transfer on your statement or receipt is wrong or if you need additional information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

- Tell us your name and account number. ·
- Tell us the dollar amount of the suspected error.

- Describe the electronic transfer error or the electronic transfer that you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

If you tell us orally, we may require you to send your complaint or question in writing within 10 business days.

We will promptly investigate the matter and call or write to you with an answer within 10 business days. If we need more time, we may take up to 45 days to investigate your complaint or question. If we do, we will credit your account within this 10-day period for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may choose not to credit your account.

For errors involving new accounts, point of sale purchases or foreign transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results of our investigation within 3 business days after completing our investigation. If we decide there was no error, we will send you a written explanation. You may ask for copies of the documents we used in our investigation.

## IN CASE OF ERRORS OR QUESTIONS ABOUT OTHER TRANSACTIONS ON YOUR STATEMENT

You must contact us within thirty (30) days after you receive your statement if you think a transaction, other than an electronic transfer, shown on your statement is wrong or if you need more information about the transaction.

You may contact your nearest branch or our Customer Contact Center at 1-877-768-2265. Customers with hearing impairments may call 1-800-428-9121 (TTY/TDD). We will investigate your dispute and tell you the results of that investigation.

3681148635

**Santander**

GUY CREGAR 10-18
127 LUCILLE AVE
STATEN ISLAND, NY 10309

021743

114

DATE 4/22/16

PAY TO THE
ORDER OF  Soferus INC                    $ 1,300.00

ONE Thousand / Three hundred and no cents

**Santander**  EXPRESS

Santander bank, N.A.
MEMO Oserc 1-15-44680-CEC

⑆231372691⑆    3681148635⑈0114

3681148635  # 114  05/06/16  $1,300.00

G & C Landscaping
Aging of Accounts Receivable
As of May 31,2016

| CUSTOMER'S ADDRESS | | TOTAL RECEIVABLE | | CURRENT | | PAST DUE 1-30 DAYS | | PAST DUE 31-60 DAYS | | PAST DUE 61+DAYS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 144 Lucille Ave | | $ | 250 | | | $ | 250 | $ | - | |
| 147 Lucille Ave | | $ | 250 | $ | 250 | | | $ | - | |
| 12 Sheil Ave | | $ | 250 | | | $ | 250 | | | |
| 146 Lucille Ave | | $ | - | $ | - | | | | | |
| 126 Lucille Ave | | $ | 250 | $ | 250 | | | | | |
| 120 Lucille Ave | | $ | 200 | | | $ | 200 | | | |
| 141 Lucille Ave | | $ | 150 | $ | 150 | | | | | |
| 16 Sheil Ave | | $ | 220 | $ | 220 | | | | | |
| 21 Sand Lane | | | 150 | | | | 150 | | | |
| 24 Sheil Ave | | | 150 | $ | 150 | | | | | |
| 150 Winant St | | | 100 | | | | 100 | | | |
| 139 Lucille Ave | | | 250 | $ | 250 | | | | | |
| 130 lucille Ave | | | 250 | $ | 250 | | | | | |
| 4 Balsam Pl | | | - | | | | | | | |
| | | | | | | | | | | |
| Totals | | | 2470 | $ | 1,520 | | 950 | | 0 | 0 |

**RECEIPT** No. 180671

DATE 5/31/16

FROM Winan & Ave $300.00

6C Land Scaping _____ DOLLARS

○ FOR RENT lawn & Fertilizer.
○ FOR

| ACCT. | | ○ CASH | FROM 5/1/16 TO 5/31/16 |
| PAID 300.00 | | ○ CHECK | |
| | | ○ MONEY ORDER | BY |
| DUE | | ○ CREDIT CARD | |

---

**RECEIPT** No. 180672

DATE 5/31/16

FROM ? Alsam Pl. $275.00

6C land Scaping _____ DOLLARS

○ FOR RENT lawn & Fertilizer
○ FOR

| ACCT. | | ○ CASH | FROM 5/1/16 TO 5/31/16 |
| PAID 275.00 | | ○ CHECK | |
| | | ○ MONEY ORDER | BY |
| DUE | | ○ CREDIT CARD | |

## RECEIPT No. 180673

DATE 5/31/16.
FROM 21 Sand Ave. — $325.00
G C Landscaping — DOLLARS
○ FOR RENT
○ FOR — Lawn + Fertilices

| ACCT. | | ○ CASH |
|-------|---|--------|
| PAID 325.00 | | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD | BY |

A-1152
T-4161

## RECEIPT No. 180674

DATE 5/31/16.
FROM 16 Sheil Ave. — $275.00
G C landscaping — DOLLARS
○ FOR RENT
○ FOR — lawn + Fertilies

| ACCT. | | ○ CASH |
|-------|---|--------|
| PAID 275.00 | | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD | BY |

A-1152
T-4161

## RECEIPT No. 180675

DATE 5/31/16.
FROM 24 Sheil Ave. — $325.00
G C landscaping — DOLLARS
○ FOR RENT
○ FOR — lawn + Fertilies

| ACCT. | | ○ CASH |
|-------|---|--------|
| PAID | | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD | BY |

A-1152
T-4161

## RECEIPT No. 180676

DATE 5/31/16.
FROM 150 Winant. — $250.00
G C landscaping — DOLLARS
○ FOR RENT
○ FOR — lawn + Fertilies

| ACCT. | | ○ CASH |
|-------|---|--------|
| PAID 250.00 | | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD | BY |

A-1152
T-4161

**RECEIPT**                    No. 180677

DATE 5/31/16.

FROM 139 Lucille Ave.    $300.00

6 C landscaping _____ DOLLARS

○ FOR RENT
○ FOR  Lawn & Fertilizer

| ACCT. | | ○ CASH | |
| PAID | | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY |

A-1152
T-4161

---

**RECEIPT**                    No. 180678

DATE 5/31/16.

FROM Balsam Pl    $350.00

6 C landscaping _____ DOLLARS

○ FOR RENT
○ FOR  Lawn + Fertilizer.

| ACCT. | | ○ CASH | |
| PAID | | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY |

A-1152
T-4161

---

**RECEIPT**                    No. 180679

DATE 5/31/16.

FROM 130 Lucille Ave.    $300.00

6 C landscaping _____ DOLLARS

○ FOR RENT
○ FOR  lawn + Fertilizer

| ACCT. | | ○ CASH | |
| PAID | 300.00 | ○ CHECK | FROM 5/1/16 TO 5/31/16. |
| DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY |

A-1152
T-4161

**RECEIPT**     No. 180681

DATE 5/31/16.

FROM 126. Lucille Ave   $250.00

GC landscaping     DOLLARS

○ FOR RENT
○ FOR lawn + Fertilizer.

| ACCT. | ○ CASH | |
|---|---|---|
| PAID 250.00 | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | ○ MONEY ORDER | BY ___ |
| | ○ CREDIT CARD | A-1152 T-4161 |

---

**RECEIPT**     No. 180682

DATE 5/31/16.

FROM 120 Lucille.   $300.00

GC landscaping     DOLLARS

○ FOR RENT
○ FOR Lawn Fertilizer.

| ACCT. | ○ CASH | |
|---|---|---|
| PAID 300.00 | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | ○ MONEY ORDER | BY ___ |
| | ○ CREDIT CARD | A-1152 T-4161 |

---

**RECEIPT**     No. 180683

DATE 5/31/16.

FROM 141 Lucille Ave   $300.00

GC landscaping     DOLLARS

○ FOR RENT
○ FOR lawn Fertilizer.

| ACCT. | ○ CASH | |
|---|---|---|
| PAID 300.00 | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | ○ MONEY ORDER | BY ___ |
| | ○ CREDIT CARD | A-1152 T-4161 |

**RECEIPT** No. 180685

DATE 5/31/16

FROM 144 Lucille Ave $225.00

GC landscaping

DOLLARS

○ FOR RENT
○ FOR Lawn + Fertilizer.

| ACCT. | | ○ CASH | |
|---|---|---|---|
| PAID | 25.00 | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY |

A-1152
T-4161

---

**RECEIPT** No. 180686

DATE 5/31/16

FROM 146. Lucille Ave $250.00

GC land Scaping

DOLLARS

○ FOR RENT
○ FOR Lawn + Fertilizer

| ACCT. | | ○ CASH | |
|---|---|---|---|
| PAID | 250.00 | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY |

A-1152
T-4161

---

**RECEIPT** No. 180687

DATE 5/31/16.

FROM 147 Lucille Ave $200.00

GC land Scaping

DOLLARS

○ FOR RENT
○ FOR Lawn Fertilizer

| ACCT. | | ○ CASH | |
|---|---|---|---|
| PAID | | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY |

A-1152
T-4161

---

**RECEIPT** No. 180688

DATE 5/31/16

FROM 12 Sheil Ave $200.00

GC land Scaping

DOLLARS

○ FOR RENT
○ FOR Lawn Fertilizer

| ACCT. | | ○ CASH | |
|---|---|---|---|
| PAID | 200.00 | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | | ○ MONEY ORDER | |
| | | ○ CREDIT CARD | BY |

A-1152
T-4161

**RECEIPT**          No. 180689

DATE 5/31/16

FROM 122 Lucille Ave      $200.00

GC landscaping          , DOLLARS

○ FOR RENT    Lawn Fertilizer

○ FOR

| ACCT. | ○ CASH | |
|-------|--------|--|
| PAID 200.00 | ○ CHECK | FROM 5/1/16 TO 5/31/16 |
| DUE | ○ MONEY ORDER | |
| | ○ CREDIT CARD | BY |

A-1152
T-4161