|  |  |
|---|---|
|  | Presentment Date   March 7, 2017 |
|  | Presentment Time:  10:00 am |

CORASH & HOLLENDER, P.C.
Attorneys for Debtor
Paul Hollender   (PH-5834)
1200 South Avenue, Suite 201
The Corporate Park of Staten Island
Staten Island, New York 10314
(718) 442-4424

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

GUY SCOTT CREGAR

CHAPTER 13

Case No. 1-15-44680-cec

                             Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF PRESENTMENT**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 2002-1, an Order, a copy of which is annexed hereto, will be presented for signature at the above-stated date and time.  In the absence of objections the Order may be granted without a hearing.

| | |
|---|---|
| MOTION BY: | Debtor, Guy Scott Cregar |
| RELIEF REQUESTED: | An Order authorizing the Debtor to sell the real property located at 137 Lucille Avenue, Staten Island, NY 10309, pursuant to 11 U.S.C. Section 105(a). |
| SUPPORTING PAPERS: | Affirmation of Paul Hollender, dated February 1, 2017 |
| DEADLINE FOR OBJECTIONS: | Objections, if any, shall be filed, as set forth below, on or before March 4, 2017 (3 days before presentment date) |
| IF OBJECTIONS ARE FILED: | A hearing will be held at the U.S. Bankruptcy Court for the Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, New York 11201 |
| JUDGE: | Honorable Carla E. Craig |
| DATE: | March 7, 2017 |
| TIME: | 10:00 am |

**PLEASE TAKE FURTHER NOTICE**, that any objections to the proposed Order must be filed

in the Office of the Clerk of the Bankruptcy Court electronically in accordance with General

Order #473(General Order #473 and the Revised Administrative Procedures for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov the official website for the United States Bankruptcy Court for the Eastern District of New York) by registered users of the Court's electronic case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered to Chambers) and served in accordance with General Order #473 or by first-class mail and served upon (i) Corash & Hollender, P.C., attorneys for Debtor, 1200 South Avenue, Staten Island, New York 10314, (ii) the office of the United States Trustee, Eastern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006 New York, New York 10014, (iii) Michael J. Macco, Esq., Chapter 13 Trustee, 2950 Express Drive South, Suite 109, Islandia, NY 11749, and (iv) a copy marked "Chambers Copy" delivered to the Judge's chambers so as to be received no later than three business days prior to the Presentment Date.

Dated: Staten Island, New York
       February 1, 2017

                                                _____/s/_____
                                                CORASH & HOLLENDER, P.C.
                                                Attorneys for Debtor
                                                By:  Paul Hollender (PH-5834)
                                                1200 South Avenue, Suite 201
                                                The Corporate Park of Staten Island
                                                Staten Island, New York 10314
                                                (718) 442-4424

TO:

Office of the US Trustee
Eastern District of New York
U.S. Federal Office Building
201 Varick Streeet, Suite 1006
New York, New York 10014

Michael J. Macco,Trustee
2950 Express Drive South
Suite 109

Islandia, New York 11749

Andrew Goldberg, Esq.
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, New York 11803

Michael J. Chatwin, Esq.
Shapiro, DiCaro & Barak, LLC
175 Mile Crossing Boulevard
Rochester, New York 14624

Matthew W. Silverman, Esq.
Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, New York 17747

NYC Water Board
Department of Environmental Protection
Andrew Rettig, Assistant Counsel
59-17 Junction Boulevard, 13th Floor
Flushing, New York 11373-5108

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
PO Box 1500
Draper, UT 84020-1500

LVNV Funding LLC
Assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
Sadino funding LLC
PO Box 788
Kirkland, WA 98083-0788

Midland Credit Management Inc
as agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090

Midland Credit Management Inc
as agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090

Midland Credit Management Inc

as agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090

Cerastes LLC
c/o Weinstein & Riloey PS
2001 Western Avenue Ste 400
Seattle, WA 98121

Seterus Inc
PO Box 1047
Hartford, CT 06143

Seterus
14523 SW Millikan Way St
Beaverton, OR 97005-2352

Chase Bank USA NA
PO Box 15298
Wilmington, DE 19850-5298

Comenity Capital/Modell
3100 Easton Square Pl
Columbus, OH 43219-6232

Discover Bank
PO Box 6103
Carol Stream, IL 60197-6103

GECRB/Lowes
PO Box 965005
Orlando, FL 32896-5005

GECRB/Walmart
PO Box 965024
Orlando, FL 32896-5024

Sears/CBNA
PO Box 6282
Sioux Falls, SD 57117-6282

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

GECRB/Old Navy
PO Box 965005
Orlando, FL 32896-5005

The Home Depot/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Credit One Bank NA

PO Box 98875
Las Vegas, NV 89193-8875

Fingerhut/Webbank
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

GECRB/Toysrus
PO Box 965005
Orlando, FL 32896-5005