CORASH & HOLLENDER, P.C.
PAUL HOLLENDER, ESQ. (PH-5834)
Attorneys for  Debtor
1200 South Avenue, Suite 201
The Corporate Park of Staten Island
Staten Island, New York, 10301
Telephone: (718) 442-4424
Facsimile:  (718) 273-4847


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                                                CHAPTER  13

                                                                    Case  No. 1-15-44680-cec

GUY SCOTT CREGAR


                                    Debtor.
-------------------------------------------------------x

**AFFIRMATION OF PAUL HOLLENDER IN SUPPORT OF MOTION TO AUTHORIZE
SALE OF REAL PROPERTY**

        PAUL HOLLENDER, an attorney admitted to practice before this Court, affirms under

penalty of perjury:

        1.        I am the attorney for GUY SCOTT CREGAR (the "Debtor") and I submit this

Affirmation in support of the motion to approve sale of real property located at 137 Lucille

Avenue, Staten Island, NY 10309 (the "Real Property").

        2.        Debtor filed a voluntary petition for relief in accordance with Chapter 13 of Title

11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States

Bankruptcy Court for the Eastern District of New York at Brooklyn on October 14, 2015 (the

"Filing Date").

        3.        Michael Macco is the duly appointed and acting Chapter 13 trustee in the Debtor's

case.

4.      The Debtor's Chapter 13 Plan has been confirmed on July 7, 2016.

5.      The Debtor's Chapter 13 Plan provided for payment of all filed claims at 100

percent (100%). A copy of the Plan is annexed hereto as **Exhibit A**.

6.      The Debtor has negotiated and entered into a Purchase and Sale Contract for the

Real Property in the amount of $570,000. A copy of the Contract is attached hereto as **Exhibit B**.

7.      The Real Property was encumbered by a mortgage held by Seterus, Inc. of

approximately $155,750.08 as of the Filing Date. A copy of the Proof of Claim is hereby attached

as **Exhibit C**.

8.      The Real Property was also encumbered by a water lien for an amount of

approximately $2,584.35 as of the Filing Date. A copy of the Proof of Claim is attached hereto as

**Exhibit D**.

9.      Upon information and belief, the proceeds from the sale of the Real Property will

allow the Debtor to pay all creditors who filed proofs of claim one hundred percent (100%) of the

claims.

10.     Annexed as **Exhibit E** is our projection of the net closing proceeds, and  the

estimated amount necessary to pay all claims.


**WHEREFORE**, it is respectfully requested that this Court (i) authorize the Debtor to sell

the real property located at 137 Lucille Avenue, Staten Island, NY 10309; (ii) authorize and

direct the debtor to turn over to the Trustee such funds as the Trustee determines will be required

to pay all claims (including, as to the mortgage only pre-petition arrears), and (iii) authorize the

debtor to retain the closing proceeds.

Dated:  Staten Island, New York
        February 1, 2017

                        CORASH & HOLLENDER, P.C.


                        _____/s/_____
                        By: PAUL HOLLENDER (PH-5834)
                        1200 South Avenue, Suite 201
                        The Corporate Park of Staten Island
                        Staten Island, New York 10314
                        Telephone: 718-442-4424
                        Facsimile:  718-273-4847